Robert H. Platt (Bar No. CA 108533)
rplatt@manatt.com
Alexandra N. Hill (Bar No. CA 313249)
ahill@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700,
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiff(s), | CASE NUMBER<br>2:22-cv-00347-ODW (AGRx) |
| EASTERN COMPUTER EXCHANGE, INC., a Connecticut corporation, and GERRY BERG, an individual, residing in the State of Pennsylvania,<br><br>Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Gerry Berg _____

_____
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Herbalife International of America, Inc. .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 4/1/22 | /s/ Robert H. Platt |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*