BLEAU FOX A P.L.C.
Thomas P. Bleau (Bar No. CA 152945)
E-mail: tbleau@bleaufox.com
Martin R. Fox (Bar No. CA 155783)
E-mail: mfox@bleaufox.com
Scott E. Shapiro, *Of Counsel* (Bar No. CA 194352)
E-mail: scott@asattorney.com
2801 West Empire Avenue
Burbank, CA 91504

Attorneys for *Defendant and Counter-Claimant*,
EASTERN COMPUTER EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>EASTERN COMPUTER EXCHANGE, INC., a Connecticut corporation,<br><br>Defendant and Counterclaimant. | No. 2:22-CV-00347-ODW (AGRx)<br><br>**Hon. Otis D. Wright, II**<br><br>EASTERN'S PROPOSED SPECIAL VERDICT FORM<br><br>Pretrial Conference Date: February 12, 2024<br><br>Trial Date: March 12, 2024 |

402178550.4

# HERBALIFE'S CLAIM FOR FRAUDULENT CONCEALMENT

We answer the questions submitted to us as follows:

1. Did Eastern intentionally fail to disclose a fact that Herbalife did not know and could not reasonably have discovered?

   Yes ___ No ____

**If your answer to question 1 is yes, then answer question 2. If you answered no, then go to question 5.**

2. Did Eastern intend to deceive Herbalife by concealing the fact?

   Yes ___ No ___

**If your answer to question 2 is yes, then answer question 3. If you answered no, then go to question 5.**

3. Had the omitted information been disclosed, would Herbalife reasonably have behaved differently?

   Yes ___ No ___

**If your answer to question 3 is yes, then answer question 4. If you answered no, then go to question 5.**

4. Was Eastern's concealment a substantial factor in causing harm Herbalife?

   Yes ___ No ___

**Please proceed to question 5.**

402178550.4

## HERBALIFE'S CLAIM FOR BREACH OF THE MSA

5. Did Herbalife and Eastern enter into a Service Agreement?

   Yes ___ No ___

**If your answer to question 5 is yes, then answer question 6. If you answered no, go to question 10.**

6. Did Herbalife do all, or substantially all, of the significant things that the MSA required it to do?

   Yes ___ No ___

**If your answer to question 6 is yes, then answer question 7. If you answered no, go to question 10.**

7. Did all the conditions that were required for Eastern's performance occur?

   Yes ___ No ___

**If your answer to question 7 is yes, then answer question 8. If you answered no, go to question 10.**

8. Did Eastern fail to do something that the Service Agreement required it to do?

   Yes ___ No ___

**If your answer to question 8 is yes, then answer question 9. If you answered no, go to question 10.**

9. Was Herbalife harmed by Eastern's breach of the MSA?

   Yes ___ No ___

**Please proceed to question 10.**

# THE PARTIES' CLAIMS FOR BREACH OF THE NDA

10. Did Herbalife and Eastern enter into the NDA?

   Yes ___   No ___

**If your answer to question 10 is yes, then answer question 11. If you answered no, go to question 15.**

11.
   a. Did Herbalife do all, or substantially all, of the significant things that the NDA required it to do?

   Yes ___   No ___

   b. Did Eastern do all, or substantially all, of the significant things that the NDA required it to do?

   Yes ___   No ___

**If your answer to question 11 is yes for subsection 11a. or 11 b., then answer question 12. If you answered no, go to question 15.**

12. a. Did all the conditions that were required for Eastern's performance under the NDA occur?

   Yes ___   No ___

   b. Did all the conditions that were required for Herbalife's performance under the NDA occur?

   Yes ___   No ___

**If your answer to question 12 is yes, then answer question 13. If you answered no, go to question 15.**

   13. a. Did Eastern do something that the NDA prohibited it from doing?

   Yes \_\_\_  No \_\_\_

    b. Did Herbalife do something that the NDA prohibited it from doing?

   Yes \_\_\_  No \_\_\_

**If your answer to question 13 is yes, then answer question 14. If you answered no, go to question 15.**

   14. a. Was Herbalife harmed by Eastern's breach of the NDA?

   Yes \_\_\_  No \_\_\_

    b. Was Eastern harmed by Herbalife's breach of the NDA?

   Yes \_\_\_  No \_\_\_

**Please proceed to question 15.**

# DAMAGES

15. a. If you answered yes to questions 4, 9.a., or 14.a., what are Herbalife's compensatory damages?

   TOTAL COMPENSATORY DAMAGES $_____

   b. If you answered yes to question 14.b., what are Eastern's compensatory damages on the breach of contract claim for the NDA?

   TOTAL COMPENSATORY DAMAGES $_____

**Please proceed to question 16.**

16. a. If you answered yes to questions 4.a., 9.a., or 14.a., what are Herbalife's nominal damages?

   TOTAL NOMINAL DAMAGES $_____

   b. If you answered yes to questions 4.b., 9.b., or 14.b., what are Eastern's nominal damages?

   TOTAL NOMINAL DAMAGES $_____

**If you answered yes to question 4, proceed to question 17.**

## HERBALIFE'S PUNITIVE DAMAGES

17. Did an officer, director, or managing agent of Eastern engage in conduct with malice, oppression or reckless disregard of Herbalife's rights?

**If you answered yes to question 17, then answer question 18. If your answer to question 17 is no, please skip to question 20.**

18. Was the conduct constituting malice, oppression, or reckless disregard of Herbalife's rights committed while acting on behalf of Eastern?

402178550.4

- 5 -
HERBALIFE'S PROPOSED SPECIAL VERDICT FORM

Yes ___ No ___

**If your answer to question 18 is yes, then answer question 19. If your answer to question 18 is no, please skip to question 20.**

19. What amount of punitive damages, if any, do you award Herbalife?

TOTAL PUNITIVE DAMAGES $_____

**Please proceed to question 20.**

## EASTERN'S CLAIM FOR BREACH OF ORAL CONTRACT

20. Did an oral contract between Herbalife and Eastern exist?

Yes ___ No ___

**If you answered yes to question 20, then answer question 21. If your answer to question 20 is no, please skip to question 24.**

21. Did Eastern perform or have an excuse for nonperformance of its obligations under the oral contract between it and Herbalife?

Yes ___ No ___

**If you answered yes to question 21, then answer question 22. If your answer to question 21 is no, please skip to question 24.**

22. Did Herbalife fail to perform its obligations under the oral contract between it and Eastern?

Yes ___ No ___

**If you answered yes to question 22, then answer question 23. If your answer to question 22 is no, please skip to question 24.**

23. Did Herbalife's breach of the oral contract between it and Eastern result in damages to Eastern?

    Yes ___ No ___

**Please proceed to question 24.**

### EASTERN'S CLAIM FOR BREACH OF WRITTEN CONTRACT

24. Did a written contract between Herbalife and Eastern exist?

    Yes ___ No ___

**If you answered yes to question 24, then answer question 25. If your answer to question 24 is no, please skip to question 28.**

25. Did Eastern perform or have an excuse for nonperformance of its obligations under the written contract between it and Herbalife?

    Yes ___ No ___

**If you answered yes to question 25, then answer question 26. If your answer to question 25 is no, please skip to question 28.**

26. Did Herbalife breach the written contract between it and Eastern?

    Yes ___ No ___

**If you answered yes to question 26, then answer question 27. If your answer to question 26 is no, please skip to question 28.**

27. Did Herbalife's breach of the written contract between it and Eastern result in damages to Eastern?

    Yes ___ No ___

**Please proceed to question 28.**

///
///

402178550.4

- 7 -
HERBALIFE'S PROPOSED SPECIAL VERDICT FORM

# EASTERN'S DAMAGES

28. If you answered yes to questions 23 or 27, what are Eastern's compensatory damages for those claims (add any damages awarded in answer to question 15.b.) ?

   a. COMPENSATORY DAMAGES ON CLAIMS OTHER THAN THE NDA $_____

   b. Insert damages awarded, if any, on Eastern's NDA breach of contract claim (from 15. b.) here: _____

   TOTAL COMPENSATORY DAMAGES ON ALL CLAIMS
   (add 28.a. and 28.b.)

   $_____

**Please proceed to question 29.**

29. If you answered yes to questions 22 or 25, what are Eastern's consequential damages?

   TOTAL CONSEQUENTIAL DAMAGES $_____


Signed: _____
              Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address for this matter is 2801 W. Empire Ave., Burbank, CA 91504.

On February 5, 2024, I served the foregoing document(s) described as

**EASTERN'S PROPOSED SPECIAL VERDICT FORM**

on the interested parties to this action who are listed on the attached Service List.

☒ **BY E-MAIL/ELECTRONIC TRANSMISSION:** By transmitting a true copy thereof to the persons at the e-mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge.

Executed on February 5, 2024, at Los Angeles, California.

        /s/Scott E. Shapiro
        Scott E. Shapiro

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
TAL EDELSTEIN (Bar No. CA 346878)
tedelstein@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

402178550.4