MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail: rplatt@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
TAL EDELSTEIN (Bar No. CA 346878)
E-mail: tedelstein@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone:  310.312.4000
Facsimile:   310.312.4224

Attorneys for *Plaintiff and Counter-Defendant,*
HERBALIFE INTERNATIONAL OF AMERICA, INC.

BLEAU FOX A P.L.C.
Thomas P. Bleau (Bar No. CA 152945)
E-mail: tbleau@bleaufox.com
Martin R. Fox (Bar No. CA 155783)
E-mail: mfox@bleaufox.com
Scott E. Shapiro, *Of Counsel*  (Bar No. CA 194352)
E-mail: scott@asattorney.com
2801 West Empire Avenue
Burbank, CA 91504

Attorneys for *Defendant and Counter-Claimant,*
EASTERN COMPUTER EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>EASTERN COMPUTER EXCHANGE, INC., a Connecticut corporation,<br><br>Defendant and Counter-Claimant. | No. 2:22-CV-00347-ODW (AGRx)<br><br>**Hon. Otis D. Wright, II**<br><br>JOINT STATEMENT OF THE CASE<br><br>Pretrial Conference: February 12, 2024<br>Trial Date: March 12, 2024 |

402698200.1

# JOINT STATEMENT OF THE CASE

Plaintiff and counter-defendant Herbalife International of America, Inc. ("Herbalife") and defendant and counter-claimant Eastern Computer Exchange, Inc. ("Eastern") submit the following joint statement of the case:

In this lawsuit, Herbalife and Eastern are suing each other. Herbalife claims that Eastern engaged in fraud by placing an order for computer equipment from Dell Technologies on Herbalife's behalf but without Herbalife's authorization, and that Eastern breached a contract with Herbalife by failing to provide certain computer-related services in a professional manner. Eastern claims that Herbalife breached one or more contracts to pay Eastern for computer-related services, and that Herbalife also breached a contract to pay Eastern for certain software licenses. In addition, Herbalife and Eastern are suing each other for breaching contractual non-disclosure obligations.

Dated: February 5, 2024   MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Donald R. Brown*
Donald R. Brown
Attorneys for *Plaintiff and Counter-Defendant*, HERBALIFE INTERNATIONAL OF AMERICA, INC.

Dated: February 5, 2024   BLEAU FOX A P.L.C.

By: */s/ Scott E. Shapiro*
Scott E. Shapiro
Attorneys for *Defendant and Counter-Claimant*, EASTERN COMPUTER EXCHANGE, INC.

# LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

402698200.1