MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail: rplatt@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
TAL EDELSTEIN (Bar No. CA 346878)
E-mail: tedelstein@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for *Plaintiff and Counter-defendant*
HERBALIFE INTERNATIONAL OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>EASTERN COMPUTER EXCHANGE, INC., a Connecticut corporation,<br><br>Defendant and Counter-Claimant. | No. 2:22-CV-00347-ODW (AGRx)<br><br>**Hon. Otis D. Wright, II**<br><br>HERBALIFE'S PROPOSED SPECIAL VERDICT FORM FOR HERBALIFE'S CLAIMS<br><br>Pretrial Conference: March 17, 2025<br>Trial Date: April 8, 2025 |

403769480.1

# HERBALIFE'S CLAIM FOR FRAUDULENT CONCEALMENT

We answer the questions submitted to us as follows:

1. Did Eastern disclose some facts to Herbalife but intentionally fail to disclose other facts, making the disclosure deceptive?

    Yes ___ No ____

2. Did Eastern prevent Herbalife from discovering certain facts?

    Yes ___ No ___

**If your answer to either question 1 or question 2 is yes (or if you answered yes to both questions), then go to question 3. If your answer to both question 1 and question 2 is no, then please skip the remaining questions and sign and date this special verdict form.**

3. Did Herbalife not know of the concealed facts?

    Yes ___ No ___

**If your answer to question 3 is yes, then answer question 4. If you answered no, then please skip the remaining questions and sign and date this special verdict form.**

4. Did Eastern intend to deceive Herbalife by concealing the facts?

    Yes ___ No ___

**If your answer to question 4 is yes, then answer question 5. If you answered no, then please skip the remaining questions and sign and date this special verdict form.**

5. Had the omitted information been disclosed, would Herbalife reasonably have behaved differently?

  Yes ___ No ___

**If your answer to question 5 is yes, then answer question 6. If you answered no, then please skip the remaining questions and sign and date this special verdict form.**

6. Was Herbalife harmed?

  Yes ___ No ___

**If your answer to question 6 is yes, then answer question 7. If you answered no, then please skip the remaining questions and sign and date this special verdict form.**

7. Was Eastern's concealment a substantial factor in causing harm Herbalife?

  Yes ___ No ___

**If your answer to question 7 is yes, then answer question 8. If you answered no, then please skip the remaining questions and sign and date this special verdict form.**

## HERBALIFE'S COMPENSATORY DAMAGES

8. What are Herbalife's compensatory damages?
   TOTAL COMPENSATORY DAMAGES $_____

   **Proceed to question 9.**

## **HERBALIFE'S PUNITIVE DAMAGES**

9. Did an officer, director, or managing agent of Eastern engage in conduct with malice, oppression or reckless disregard of Herbalife's rights?

   Yes ___ No ___

**If you answered yes to question 9, then answer question 10. If your answer to question 9 is no, then please skip the remaining questions and sign and date this special verdict form.**

10. Was the conduct constituting malice, oppression, or reckless disregard of Herbalife's rights committed while acting on behalf of Eastern?

    Yes ___ No ___

**If your answer to question 10 is yes, then answer question 11. If your answer to question 10 is no, please skip question 11 and then sign and date this special verdict form.**

11. What amount of punitive damages, if any, do you award Herbalife?

    TOTAL PUNITIVE DAMAGES $_____

Signed: _____
                    Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

Submitted By:

Dated: March 10, 2025             MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Donald R. Brown*
Donald R. Brown
Attorney for *Plaintiff and Counter-Defendant*, HERBALIFE INTERNATIONAL OF AMERICA, INC.