O

# United States District Court
# Central District of California

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EASTERN COMPUTER EXCHANGE, INC., <br><br> Defendants. | Case № 2:22-cv-00347-ODW (AGRx) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART HERBALIFE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [237]** |

The Court, having considered the Application for Leave to File Under Seal Portions of Herbalife's Motions in Limine and the Brown Omnibus Declaration, (ECF No. 237), filed by plaintiff and counter-defendant Herbalife International of America, Inc. ("Herbalife"), finds compelling reasons to seal **ONLY** the following narrowly tailored portions of Motion in Limine Nos. 3 and 4, as described in the table below:

| Document to be Filed Under Seal | Material Sought to be Sealed | Ruling |
| --- | --- | --- |
| Motion *in Limine* No. 3 | Motion in Limine No. 3, at pp. 2:17, 6:11, 6:12, 6:14, 6:15, 6:17, 6:18, 6:19, 6:25, 6:26, 6:27, 7:1, 7:2, 7:4, 7:5, 7:6, 7:7, 7:9, 7:11, and 7:12, as redacted in the publicly filed version. | GRANT |
| Motion *in Limine* No. 4 | Motion in Limine No. 4, at pp. 8:9 and 8:12, as redacted in the publicly filed version. | GRANT |

Accordingly, Herbalife's application to seal is **GRANTED-IN-PART** as to MIL No. 3 and MIL No. 4 **ONLY**. All other seal requests are **DENIED-IN-PART** because the application to seal is premature.

**IT IS SO ORDERED.**

March 18, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**