# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 22-00347-ODW(AGRx) |
| Date | April 11, 2025 |
| Title: | Herbalife International of America, Inc. v. Eastern Computer Exchange, Inc. et al |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Maria Lindaya | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert H Platt | Scott E Shapiro |
| Tal Edelstein | |
| Donald R Brown | |

_____ Day Court Trial   4th Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  _____ Held & Continued;  X Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by   plaintiff/ defense counsel

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

X  Plaintiff(s) rest.   X  Defendant(s) rest.

X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).   X  Court instructs jury.

X  Bailiff(s) sworn.   X  Jury retires to deliberate.   _____ Jury resumes deliberations.

X  Jury Verdict in favor of   X  plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

X  Filed Witness & Exhibit Lists   X  Filed jury notes.   X  Filed jury instructions.

_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

X  Other:   Court took testimony on Defendant Eastern's counterclaim outside the presence of the jury.

8 : 10
MAL