1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT H. PLATT (Bar No. CA 108533)
2  rplatt@manatt.com
   DONALD R. BROWN (Bar No. CA 156548)
3  dbrown@manatt.com
   TAL EDELSTEIN (Bar No. CA 346878)
4  E-mail: tedelstein@manatt.com
   2049 Century Park East, Suite 1700
5  Los Angeles, CA 90067
   Telephone:  (310) 312-4000
6  Facsimile:  (310) 312-4224

7  Attorneys for *Plaintiff and Counter-Defendant*
   HERBALIFE INTERNATIONAL OF AMERICA, INC.

8

9  Martin R. Fox, Esq. (SBN 155783)
   Scott E. Shapiro, Esq., *Of Counsel* (SBN 194352)
10 MFOX LAW GROUP, INC.

11 24801 Pico Canyon Road., Suite 300
   Stevenson Ranch, CA 91381
12 Telephone: (818) 566-0011

13 Facsimile: (818) 566-0022

14 Email: info@mfoxlawgroup.com
         mfox@mfoxlawgroup.com
15       scott@asattorney.com

16 Attorney for *Defendant and Counter-Claimant,*
   EASTERN COMPUTER EXCHANGE, INC.

```
                    FILED
         CLERK, U.S. DISTRICT COURT

              4-11-25

       CENTRAL DISTRICT OF CALIFORNIA
       BY:        SE        DEPUTY
```

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

19

20 HERBALIFE INTERNATIONAL OF        Case No. 2:22-cv-00347-ODW (AGRx)
   AMERICA, INC., a Nevada
   corporation,                      **Hon. Otis D. Wright, II**
21
            Plaintiff and Counter-   JOINT TRIAL EXHIBIT LIST
22          Defendant,

23      vs.                          Pretrial Conference: March 17, 2025
                                     Trial Date: April 8, 2025
24 EASTERN COMPUTER
   EXCHANGE, INC., a Connecticut
25 corporation,

26          Defendant.

27

28

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and Central District Local Rule 16-6.1, plaintiff and counter-defendant Herbalife International of America, Inc. ("Herbalife") and defendant and counter-claimant Eastern Computer Exchange, Inc. ("Eastern") respectfully submit this joint trial exhibit list.

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| **Deposition Exhibits** | | | |
| 1. | | | |
| 2. | 12/19/2019 Services Agreement Between Herbalife International of America, Inc. and Eastern Computer Exchange, Inc., Bates Nos. HERB_000001-8 ₚ.₂ | 4-8-25 ⟶ | |
| 3. | 09/08/2022 Defendant, Eastern Computer Exchange, Inc.'s Response to Interrogatories, Set One | | |
| 4. | 10/13/2019 Mutual Non-Disclosure Agreement Between Herbalife and Eastern, Bates Nos. HERB_000009-10 | demonstrative 4/9/25 | |
| 5. | Enterprise License Agreement (Eastern Agreement # 00458790), Bates Nos. HERB_000011-100 | | |
| 6. | 05/31/2021 Email Chain from Marty O'Brien to Shawn Winter re BCDR Invoice, Bates Nos. EASTERN_000139-144; EASTERN_000298 | | |
| 7. | 01/05/2021 Text Message Chain Between Rhonda Vetere and Brendan Lynch, Bates No. Eastern Supp_002085 | | |
| 8. | 05/14/2021 Text Message Chain Between Brendan Lynch and Rhonda Vetere, Bates Nos. VETERE0022-23 | | |

1

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 9. | 05/20/2020 Email from Brendan Lynch to Mike Familetti re HPP Tokens, Bates No. HERB_000827 | | |
| 10. | 11/09/2020 Email Chain from Ajay Palimarkar Nayak to Edward Bezerra, Andy Hansen, Haven Prescott Jr., Walter Rival, and Carlos R. Amador Ramirez re BCDR Review, Bates Nos. HERB_000883-887 | | |
| 11. | 11/09/2020 Email Chain from Walter Rival to Ajay Palimarkar Nayak, Edward Bezerra, Andy Hansen, Haven Prescott Jr., Carlos R. Amador Ramirez, and Marty O'Brien re BCDR Review, Bates Nos. HERB_000984-988 | 4/10/25 → | |
| 12. | Redline Between Exhibit 10 and Exhibit 11 | | |
| 13. | Rate Card, Bates No. EASTERN_000135 | | |
| 14. | 01/30/2020–04/13/2021 Collection of Purchase Orders, Bates Nos. HERB_000101-140 | 4-8-25 → | |
| 15. | 09/20/2021 Email Chain from Walter Rival to Brendan Lynch re Eastern/Dell Review Maint Renewals with Herbalife, Bates Nos. Eastern_000442-448 | | |
| 16. | 03/12/2020 Email Chain from Gerry Berg to Peter Chien (cc'd to Mohsen Tavakoli, Henry Lee and Aaron Takumi) re Cisco ASR Routers | | |
| 17. | 05/04/2021 Email Chain from Brendan Lynch to Gerry Berg re Phase 1 and | 4/11 | 4/11 |

2

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Phase 2 Prod Spend v True BCDR, Bates Nos. Eastern_000925-927 | | |
| 18. | 01/02/2021 Email Chain from Brendan Lynch to Peter Bray and Gerry Berg "cc'd to Walter Rival and Marty O'Brien) re Phase 1 and Phase 2 Prod Spend v True BCDR, Bates Nos. Eastern_001026-1028 | | |
| 19. | 10/30/2020 Purchase Order (Order No. 1102051762), Bates Nos. Dell_Herbalife_000007-9 | 4/10/25 → | |
| 20. | 07/14/2021 Email Chain from Brendan Lynch to John Byrne and Gregg Ambulos (cc'd to Rae Noves and Anthony Scotto) re Orders to Ship, Bates No. Eastern Supp_002073 | 4-9-25 → | |
| 21. | 09/08/2021 Declaration of Brendan Lynch | 4-9-25 → | |
| 22. | 2020 Eastern Computer Exchange Employee Handbook, Bates Nos. Eastern Supp_001919-1970 | | |
| 23. | 10/2020 Business Continuity Disaster Recovery, Bates Nos. HERB_000291-295 [Excerpts of the Board of Directors' Presentation] | 4-8-25 → | |
| 24. | 06/29/2022 Defendant, Eastern Computer Exchange, Inc.'s First Amended Counterclaim | | |
| 25. | 01/02/2020 – 04/02/2021 Brendan Lynch's Credit Card Statements, Bates Nos. Eastern_001999-2052 | 4-9-25 → | |
| 26. | 11/19/2020 Email Chain from Ravi Mamidi to Bhaskara Galla re BCDR Kick-Off Meeting – Phase 1 | | |

3

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 27. | 11/18/2020 Email Chain from Brendan Lynch to Walter Rival and Marty O'Brien re BCDR Kick-Off Meeting – Phase 1, Bates Nos. Eastern_000744-745 | 4-9-25 | |
| 28. | 08/01/2020 Dell Technologies Partner Incentive Program Business Rules (North America – Q3FY21), Bates Nos. Dell_Herbalife_000133-141 | 4-9-25 | |
| 29. | 11/06/2020 Email Chain from Parker Cains to Stuart Davis and Rae Noyes (cc'd to Doug Krieger and Reed Haley) re Herbalife BCDR Project, Bates Nos. HERB_000371-372 | 4-8-25 | |
| 30. | 04/27/2021 Email (with Attachment) from Brendan Lynch to Rae Noyes, Gregg Ambulos and Parker Cains re Deloitte Read Out to Herbalife Sinking Dell, Bates Nos. Dell_Herbalife_000080-91 | | |
| 31. | 08/11/2021 Email (with Attachment) from Brendan Lynch to Marty O'Brien (cc'd to Barry Williams and Greg Polaski) re Herbalife PO for that HPE Older Equipment, Bates No. Eastern_000956 | | |
| 32. | 07/28/2021 Dell and Eastern Computer Exchange, Inc. Settlement Agreement and Release, Bates Nos. Dell_Herbalife_000001-5 | 4-9-25 | |
| 33. | 06/30/2020 Email from Peter Bray to Brendan Lynch re Quarterly Exec Review, Bates No. Eastern_001070 | 4 \| 11 | 4/11 |
| 34. | 10/27/2020 Email from Peter Bray to | 4 \| 11 | 4\|11 |

4

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Brendan Lynch and Marty O'Brien re End-of-Year Collaboration Call, Bates No. Eastern_000837 |  |  |
| 35. | 01/29/2021 Email (with Attachment) from Haven Prescott Jr. to Steve Edgecombe, Peter Bray, Rhonda Vetere, Mark Schissel, Francine Greco, Henry Lee, Stuart Davis, Doug Krieger, Gerry Berg, Reed Haley, Tripp Lockhart III, Shawn Winter, James Billimore, Edward Bezerra, Jeffrey Uchida, and Amit Khanna re BCDR Program Weekly Status Report, Bates Nos. HERB_022390-22405 | 4/10/25 |  |
| 36. | 07/14/2020 Email Chain from Peter Bray to Brendan Lynch re Cisco/Herbalife – QBR Prep, Bates Nos. Eastern_001061-1064 |  |  |
| 37. | 10/28/2020 Email Chain from Henry Lee to Gerry Berg, Peter Bray, Brendan Lynch, and Marty O'Brien re WS & SLC Discussion, Bates No. Eastern Supp_001901 | 4/10/25 |  |
| 38. | 2021-01-06 EM from EB to PB re BCDR Plan and Oracle Licenses, Bates Eastern Supp_000011-13 |  |  |
| 39. | 09/16/2021 BCDR Alternatives Review (Executive Summary), Bates Nos. HERB_022513-22536 | 4-8-25 |  |
| 40. | 03/05/2021 Internal Herbalife Memorandum from Julie Ting to Ethics & Compliance Office re Investigation Report – Case No. 0062aa21, Bates Noes. HERB_036260-36273 |  |  |

5

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 41. | 11/04/2020 Email Chain from Andrew Dunbar to Jeffrey Shankel re BCDR, Bates Nos. HERB_036214-36215 | 4|10|25 | |
| 42. | Herbalife Draft Investigation Report re GTS Equipment Purchases from Eastern, Bates Nos. HERB_036191-36209 | | |
| 43. | BOD Minutes | 4-8-25 | |
| 44. | 10/30/2020 Email Chain from Connie Hampton to Rhonda Vetere (cc'd to Henry Lee) re ERM Workshop #1 with KPMG, Bates Nos. HERB_017564-17566 | | |
| 45. | 12/30/2020 Email Chain from Gerry Berg to Rhonda Vetere (cc'd to Henry Lee, Shawn Winter and Taylor Fenstermacher) re BCDR PAR – Current Status, Bates Nos. HERB_020584-20585 | 4|10|25 | |
| 46. | 01/28/2021 Email Chain from Amit Khanna to Rhonda Vetere, Henry Lee and Gerry Berg (cc'd to Jeffrey Uchida, Haven Prescott Jr., Edward Bezerra, Aaron Takumi, and Connie Hampton) re Daily Update on BCDR PAR Approval Status: Jan 27, Bates No. HERB_022333 | 4-9-25 | |
| 47. | 01/02/2021 Overview of BCDR Program Final for SLC & WS [January 2021 PAR], Bates Nos. HERB_022323-22330 | 4-8-25 | |
| 48. | 12/31/2020 – 04/22/2021 Text Message Chain Between Rhonda Vetere and Brendan Lynch, Bates Nos. | | |

6

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Confidential Eastern 004356-5220 | | |
| 49. | 10/06/2021 Declaration of Rhonda Vetere, Bates Nos. HERB_001367-1372 | | |
| 50. | 12/04/2020 Email Chain from Gerry Berg to Stuart Davis and Peter Bray re SLC DR RFP Responses, Bates Nos. HERB_032628-32631 | | |
| 51. | 02/23/2021 Email Chain from Gregg Ambulos to Diane Saliga re Per Your Request, Bates Nos. Dell_Herbalife_000006-9 | 4-9-25 → | |
| 52. | 01/26/2021 Email Chain from Sadler Williams to Henry Lee, Aaron Takumi, Gerry Berg, and Amit Khanna re PAR BCDR Program Final for SLC & WS, Bates Nos. HERB_022157-22160 | | |
| 53. | | | |
| 54. | 01/30/2020 Email Chain from Quetzalcoatl Contreras to Gerry Berg and Shiva Kambalimath re Plants and Facilities, Bates Nos. HERB_022724-22725 | 4-9-25 → | |
| 55. | 08-2020 BCDR Solution Overview | | |
| 56. | 07/13/2021 Email Chain from Mark Schissel to Doug Krieger re Reconnect, Bates Nos. HERB_039704-39706 | 4-8-25 → | |
| 57. | 03/11/2021 Email Chain from Stuart Davis to Mark Schissel re VMware Funds in Portal, Bates No. HERB_03770 | | |
| 58. | 11/06/2020 Email Chain from Stuart Davis to Reed Haley (cc'd to Doug Krieger and Trip Lockhart III) re | | |

7

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Herbalife – BCDR Registration Request, Bates No. HERB_031541 | | |
| 59. | 03/09/2021 Email Chain from Steve Edgecombe to Stuart Davis (cc'd to Doug Krieger) re VMware Funds in Portal, Bates Nos. HERB-037726-37727 | 4-8-25 | |
| 60. | 12/10/2020 Email Chain from Doug Krieger to Stuart Davis re BCDR Oracle License Confirmation, Bates Nos. HERB_033574-33678 | 4/10/25 | |
| 61. | 09/20/2021 Email Chain from Walter Rival to Brendan Lynch (Forwarded from 11/09/2020 and 04/09/2020) re Final WS VM with DR and Network Solution Proposal, Bates Nos. Eastern_000449-453 | | |
| 61A. | Attachment to 09/20/21 Email Chain | | |
| 62. | 10/30/2020 Email Chain from Marty O'Brien to Haven Presctott Jr., Arthur Gousby and Jim Soja (cc'd to Ajay Palimarkar Nayak) re Estimate for BCDR, Bates Nos. HERB_031469-31471 | 4/10/25 | |
| 63. | 10/30/2020 Email Chain from Marty O'Brien to Stephanie Laubacker, Mattie Stafford, Joshua Spears, and Parker Cains (cc'd to Todd Lawless, Rae Noyes, Gina Wrather, and Jamison Carner re Ship To/ Bill To, Bates Nos. Dell_Herbalife_000080-99 | | |
| 64. | 11/11/2020 Email Chain from Parker Cains to Edward Ranson, Ravi Mamidi, Glla Bhaskara, and Tayo | | |

8

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Shittu (cc'd to Marty O'Brien, Andy Hansen, Terry Gallagher, and Rae Noyes) re PS-0358556; SO#310994615 / PS-0358557; SO#310994641 / PS-0358558; SO#310994633 / HERBALIFE LTD / PowerMax & Switch Deployment – Customer Introduction, Bates Nos. HERB_000785-787 | | |
| 65. | 01/29/21 Email Chain from Marty O'Brien to Reed Haley (cc'd to Brendan Lynch) re BCDR One-time Incentive Offer, Bates Nos. HERB_036083-36087 | 4/11 | 4/11 |
| 66. | 08/11/2021 Email from Brendan Lynch to Marty O'Brien (cc'd to Barry Williams and Greg Polaski) re Herbalife PO for that HPE older equipment, Bates No. Eastern_000956 | 4-9-25 | |
| 66A. | Attachment to 08/11/2021 Email (Herbalife Commitment Timeline) | | |
| 67. | 01/31/2021 Email Chain from Brendan Lynch to Walter Rival and Marty O'Brien re Herbalife – Call w Shawn Winter, Bates Nos. Eastern_001021-1022 | | |
| 68. | 06/16/2020 Email   (with Attachment) from Edward Bezerra to Rhonda Vetere (cc'd to Gerry Berg, Henry Lee, Peter Bray, Quetzalcoatl Contreras, and Francine Greco) re GTS ONLY Pre-Review of VMWare ELA, Bates Nos. HERB_002051-2056 | | |
| 68B | 06/01/2022 Transcript from Motion for | | |

9

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Injunctive Relief, Bates Nos. HERB_022580-22723 | | |
| 69. | 03/31/2021 Deloitte BCDR Review (Executive Summary) | 4-8-25 | |
| 70. | 10/28/2020 Email chain from David Pezzullo to Rhonda Vetere (cc'd to Gerry Berg, Henry Lee and Shawn Winter) re Thank YOU, Bates No. HERB_017549 | | |
| 71. | 12/22/2020 Email from Henry Lee to Rhonda Vetere and David Pezzullo (cc'd to Gerry Berg, Shawn Winter, Taylor Fenstermacher, Jeffrey Uchida, and Haven Prescott Jr.) re Weekly Status Report for BCDR Dec. 22, 2020, Bates Nos. HERB_020499-020500 | 4/10 | 4/10 |
| 72. | United States Securities and Exchange Commission Form 10-K for HERBALIFE NUTRITION LTD. For the Fiscal Year Ended December 31, 2020 | | |
| 73. | United States Securities and Exchange Commission Form 10-K for HERBALIFE NUTRITION LTD. For the Fiscal Year Ended December 31, 2021 | | |
| 74. | 2020-10-26 EM from GB to RV re BCDR Speak Points | | |
| 75. | 2020-09 and 2020-10 Text Messages between Gerry Berg and Brendan Lynch | | |
| 76. | 04/13/2020 Email Chain from John Grentzinger to William Shew, Gary Tandy and Gerry Berg (cc'd to Henry | | |

10

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Lee, Terry Adams, Ahmad Chaudhri, Shawn Winter, Amit Khanna, James Billimore, and Taylor Fenstermacher) re Board Update – Rd2, Bates Nos. HERB_022876-22886 | | |
| 77. | 06/29/2020 Email Chain from Henry Lee to Jason Steiner, Peter Bray and Rhonda Vetere (cc'd to Gerry Berg, Stuart Davis and Doug Krieger) re Fast Track RFP ==> re: Jason Steiner Promotion, Bates Nos. HERB_002130-2136 | | |
| 78. | 11/03/2020 Email Chain from Edward Bezerra to Gilberto Tejeda re $314k invoice Herbalife VMware, Bates Nos. HERB_031472-31481 | | |
| 79. | 07/14/2020 Email from Brendan Lynch to Gerry Berg (cc'd to Marty O'Brien) re BOM's for Phase 2, Bates No. Eastern_000437 | | |
| 79A. | Attachment to Exhibit 79 – Bills of Material: Dell/EMC VxRail | | |
| 79B. | Attachment to Exhibit 79 – Bills of Material: Data Domain – DDVE | | |
| 79C. | Attachment to Exhibit 79 – Bills of Material: Racks & PDUs | | |
| 80. | Purchase Orders Between Dell Technologies and Eastern Computer Exchange, Bates Nos. Dell_Herbalife_000100-126 | | |
| 80A. | Purchase Order No. HBL1020-VXSCL1 | | |
| 81. | BCDR Infrastructure Solution Overview, Bates Nos. Eastern_002527- | | |

11

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 2587 | | |
| 82. | 06/19/2020 Email chain from Brendan Lynch to Edward Bezerra (cc'd to Walter Rival and Gerry Berg) re BCDR, Bates Nos. Eastern_000734-735 | | |
| 83. | 07/2020 Disaster Recovery Program (Technology Resiliency – Assessment and Plan), Bates Nos. Eastern_000256-267 (Higher Quality version at Bates Nos. HERB_021516 - 27 | | |
| 84. | 11/11/2020 Email chain from Mike Familetti to Brendan Lynch and Andy Hansen (cc'd to Marty O'Brien and Walter Rival) re HPE Server Quotes | | |
| 85. | 12/04/2020 Email chain from Reed Haley to Gerry Berg, Rhonda Vetere, Francine Greco, Mark Schissel, Edward Bezerra, Peter Bray, Henry Lee, Doug Krieger, Stuart Davus, and Tripp Lockhart re Herbalife RFP - BCDR Response | | |
| 85A. | Attachment to Exhibit 85: 12/04/2020 Herbalife BCDR SLC BoM - Salt Lake City SFPs | | |
| 85B. | Attachment to Exhibit 85: 12/04/2020 Herbalife BCDR WS BoM - Winston-Salem Pricing Summary | | |
| 85C. | Attachment to Exhibit 85: 12/04/2020 Herbalife BCDR -Torrance Data Domain VE | | |
| 85D. | Attachment to Exhibit 85: 12/04/2020 Herbalife BCDR VMware | | |
| 85E. | Attachment to Exhibit 85: 12/04/2020 | | |

12

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | BCDR Job Descriptions and Rate Card | | |
| 85F. | Attachment to Exhibit 85: 12/04/2020 Herbalife RFP – BCDR Response Document | 4-9-25 → | |
| 86. | 10/29/2020 Email from Brendan Lynch to Gerry Berg (cc'd to Marty O'Brien) re SLC – BCDR – Updated RFP Template, Bates No. Eastern_000424 | | |
| 86A. | Attachment to Exhibit 86: Herbalife Template – BCDR Salt Lake City Racks & PDUs | | |
| 86B. | Attachment to Exhibit 86: Herbalife Template – BCDR Torrance Data Domain VE | | |
| 86C. | Attachment to Exhibit 86: Herbalife Template – BCDR Winston Salem | | |
| 87. | 02/01/2021 Email (with Attachment) from Brendan Lynch to Gerry Berg re Preso for Shawn, Bates No. Eastern_000960 | | |
| 88. | 04/27/2021 Email (with Attachment) from Gerry Berg to Walter Rival re Herbalife BCDR Final Executive Readout, Bates Nos. HERB_040289-40300 | | |
| 89. | 05/19/2021 Email (with Attachment) from Walter Rival to Parker Cains (cc'd to Marty O'Brien and Brendan Lynch) re Data Protection and Archive Summary, Bates No. Eastern Supp_002083 | | |
| 90. | 01/26/2021 Email (with Attachments) from Brendan Lynch to Reed Haley (cc'd to Marty O'Brien) re BCDR One- | 4-8-25 → | |

13

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | time Incentive Offer, Bates Nos. HERB_035978-35990 | | |
| 91. | 01/27/2021 Email chain (with Attachment) from Brendan Lynch to Reed Haley (cc'd to Marty O'Brien) re BCDR One-time Incentive Offer, Bates Nos. Eastern_000962-963 | 4-8.25 → | |
| 92. | 04/28/2020 Email chain from Francine Greco to Gerry Berg, Rhonda Vetere, Henry Lee, and Shawn Winter re BOD Deck – COVID, Bates Nos. HERB_023435-23440 | | |
| 93. | 04/15/2020 Email (with Attachment) from Zulema Garcia to Henry Lee re EY Prior Observations on IT, Bates Nos. HERB_022892-022923 | 4-9.25 → | |
| 94. | 04/20/2020 Email chain (with Attachments) from Rhonda Vetere to Gerry Berg and Shawn Winter re EY Prior Observations on IT, Bates Nos. HERB_023293-23349 | 4-9.25 → | |
| 95. | 04/22/2020 Email chain from Henry Lee to Gerry Berg and Daniele Di Natale (cc'd to Stuart Davis and Kristina Olinger Fisher) re GSS – GTS Current RFQ, Bates Nos. HERB_023421-23424 | | |
| 96. | 04/16/2020 Email chain (with Attachments) from Henry Lee to Carolyn Lohman (cc'd to Zulema Garcia, Rhonda Vetere, Gerry Berg, and James Billimore) re Business Continuity and Disaster Recovery, Bates Nos. HERB_023004-23024 | | |

14

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 97. | 08/10/2020 Email chain from Aaron Takumi to Quetzalcoatl Contreras, Rhonda Vetere, Gerry Berg, Edward Bezerra, and Henry Lee re EA VMware PAR, Bates Nos. HERB_007824-7826 | | |
| 98. | 11/24/2020 Email chain from Henry Lee to Amit Khanna (cc'd to Gerry Berg, Jeffrey Uchida, and Haven Prescott Jr.) re BCDR US Program Task, Bates Nos. HERB_019632-19634 | 4-9-25 → | |
| 99. | Screen Shot of Status Report in Zoom Meeting | 4-9-25 → | |
| 100. | 12/16/2020 Email from Reed Haley to Brendan Lynch re BCDR – Citrix Portion | | |
| 101. | 11/05/2020 Email chain (with Attachment) from Mike Familetti to Reed Haley re Final WS VM with DR and Network Solution Proposal, Bates Nos. HERB_017713-17717 | | |
| 102. | 12/22/2020 Email from Henry Lee to Rhonda Vetere and David Pezzullo (cc'd to Gerry Berg, Shawn Winter, Taylor Fenstermacher, Jeffrey Uchida, and Haven Prescott Jr.) re Weekly Status Report for BCDR Dec. 22, 2020, Bates Nos. HERB_020499-020500 | | |
| 103. | 01/29/2021 Email chain from Rhonda Vetere to Gerry Berg and Henry Lee re Please don't send project update out on BCDR, Bates Nos. HERB_022424-22428 | 4-8-25 → | |

15

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 104. | 01/29/2021 Email from Rhonda Vetere to Haven Prescott, Jr., Gerry Berg, Henry Lee, and Jeffrey Uchida re Please don't send project update out on BCDR, Bates No. HERB_022406 | | |
| 105. | 04/07/2021 Purchase Order No. 1102052532 | | |
| 106. | 10/13/2020 Email chain from Rhonda Vetere to Connie Hampton (cc'd to Henry Lee) re IT controls – Meeting notes, Bates Nos. HERB_015682-15685 | | |
| 107. | 03/07/2021 Email chain from Steve Edgecombe to Henry Lee (cc'd to Gerry Berg and Shawn Winter) re Data Center Backup and Recovery Vendor Solutions Analyses, Bates Nos. HERB_037568-37572 | | |
| 108. | Julie Ting Witness Interview Notes, Bates Nos. HERB_039934-39971 | | |
| 109. | 2020-12-11 EM from EB to RP, et al. re BCDR Project Skull Session Schedule | | |
| 110. | 02/26/2021 Email (with Attachment) from Haven Prescott, Jr. to Ajay Palimarkar Nayak re BCDR Workshop Session, Bates Nos. HERB_022434-22438 | 4-9-25 | |
| 111. | Text Message from Peter Bray to Douglas Krieger and Reed Haley, Bates No. HERB_041360 | | |
| 112. | Collection of Text Messages Between Douglas Krieger and Reed Haley, Bates Nos. HERB_041361-41368 | | |

16

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 113. | 2020-06-02 EM from DK to JS re Technology Audit Findings, HERB_040621-23 | 4-8-25 → | |
| 114. | 03/25/2020 Email chain from Murad Minasyan to Gloria Zinni and Emilio Estepa re Approval of Tax and Freight Amounts, Bates Nos. HERB_040678-40682 | | |
| 115. | 05/21/2020 Email (with Attachment) from Doug Krieger to Jeffrey Shankel re Text Conversation, Bates Nos. HERB_040529-40530 | | |
| 116. | 02/01/2021 Email chain from David Pezzullo to Rhonda Vetere re BCDR Plan and Oracle Licenses, Bates Nos. HERB_041220-41222 | | |
| 117. | | | |
| 118. | 02/13/2020 Statement of Work, Bates Nos. HERB_040320-40335 | | |
| 119. | 03/06/2021 Email chain from Steve Edgecombe to Doug Krieger re VMware funds in portal, Bates Nos. HERB_037560-37561 | | |
| 120. | 10/26/2020 Email from James Billamore to Gerry Berg re BCDR Speaking Notes, Bates No. EASTERN_8712 | 4-8-25 4-8-25 → | not admitted. |
| 121. | 12/22/2020 Email chain from Peter Bray to Brendan Lynch, Gerry Berg, and Edward Bezerra, Bates Nos. HERB_037201- 037203 | 4-8-25 → | |
| 122. | 04/17/2020 Email chain from Gerry Berg to Randy Miller and Rhonda Vetere (cc'd to James Billimore and | | |

17

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Shawn Winter) re Order Rate Dropping to Zero on Website, Bates Nos. HERB_023038-23042 | | |
| 123. | 03/24/2022 Declaration of Gerry Berg, Bates Nos. HERB_001272-1278 | 4-9-25 → | |
| 124. | 05/21/2020 Email from Mohsen Tavakoli to Jeffrey Shankel re Requested Info – Confidential, Bates Nos. HERB_040531-40532 | | |
| 125. | 05/05/2020 Email chain from Gerry Berg to Rhonda Vetere, Stuart Davis and Mike Familetti (cc'd to Nuria Kaauwai, Henry Lee, Peter Bray, and Doug Krieger) re Bid Waver Signature for DR Project, Bates Nos. HERB_023597-23599 | | |
| 126. | Text Message Exchange Between Brendan Lynch and Gerry Berg, Bates No. Confidential Eastern 004570 | | |
| 127. | 04/08/2020 Email chain (with Attachments) from Brendan Lynch to Quetzalcoatl Contreras and Gerry Berg (cc'd to Walter Rival, Chris Chiasson and Marty O'Brien) re Final WS VM with DR and Network Solution Proposal, Bates Nos. HERB_001420-1421; 1469-1490 | 4-8-25 → | |
| 128. | 11/09/2020 Email from Gerry Berg to Brendan Lynch re Open Item for PAR-BCDR, Bates Nos. Eastern Supp_001870-1871 | 4-9-25 → | |
| 129. | 02/12/2021 Purchase Order Number 1102051762, Bates Nos. HERB_000133-135 | | |

18

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 130. | RESERVED. | | |
| 131. | RESERVED. | | |
| 132. | RESERVED. | | |
| 133. | RESERVED. | | |
| 134. | 12/31/2017 Eastern Balance Sheet, Bates Nos. Eastern 008714 - 723 | | |
| 135. | 02/16/2023 DTechData Quote, No Bates No. | | |
| 136. | 01/25/2021 Email from Brendan Lynch to Reed Haley re Herbalife Negotiation Kick-Off, Bates Nos. HERB_041374 – 375 | 4-9-25 → | |
| 137. | 01/22/2021 Email from Edward Bezerra to Gerry Berg and others re BCDR Phase 2 Cisco Parts, Bates Nos. Eastern_001005 - 1008 | | |
| 138. | 02/18/2021 Julie Ting notes of Call with Edward Bezerra, Bates No. HERB_039947 - 39948 | | |
| 139. | | | |
| 140. | 12/18/2020 Email from Edward Bezerra to Marty O'Brien and Others re Placement of Order, Bates Nos. Eastern Supp_001111 - 118 | 4-8-25 → | |
| 141. | 2020-07-03 EM from Lynch to E.Bezerra re BCDR Architecture Design and Pricing | | |
| 142. | 11/13/2020 Email from Rhonda Vetere to Amit Khanna and others re BCDR Project Plan, Bates Nos. HERB_018264 - 267 | | |
| 143. | 09/11/2020 Eastern/ VMWare Partner Connect Agreement | | |
| 144. | 10/30/2020 Email from Marty O'Brien | | |

19

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | to Stephanie Laubacker re Ship To/Bill To Bates No. Bates No. Dell_Herbalife_000023 - 42 | | |
| **Plaintiff's Exhibits** | | | |
| 145. | 09/29/2021 Email from Mallory Beck to Brendan Lynch (with attachment) re Notice of Breach, Bates No. Dell_Herbalife_000043 - 045 | 4-9-25 | |
| 146. | 09/29/2021 Email from Brendan Lynch to Mallory Beck re Notice of Breach Bates No. Dell_Herbalife_000046 | | |
| 147. | 09/30/2021 Email from Christopher Mingace to Mallory Beck re Eastern Computer Exchange Bates No. Dell_Herbalife_000047- 048 | 4-9-25 | |
| 148. | Herbalife Internal Emails Produced by Eastern (Misc. Bates Nos.) | 4-8-25 | |
| 149. | 11/11/2020 Email from Piyush Pandey to Edward Bezerra re Project Numbers, Bates No. Dell_Herbalife_000132 | | |
| 150. | 08/01/2020 Dell Technologies NSP Partner Incentive Program Business Rules Q3FY21 (North America), Bates Nos. Dell_Herbalife_000142-164 | | |
| 151. | 11/11/2020 Email from Biff Ranson to Piyush Pandey re Project Numbers Bates No. Dell_Herbalife_000165 | | |
| 152. | 02/18/2020 – 05/18/2022 Text Messages Between Brendan Lynch and Gerry Berg, Bates Nos. Confidential Eastern Renumbered 006377-6589; Eastern Renumbered 07223 – 07417 | 4-9-25 | |
| 153. | 04/01/2020 – 12/25/2021 Text Messages Between Brendan Lynch and | 4-9-25 | |

20

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Rhonda Vetere, Bates Nos. Confidential Eastern Renumbered 005811-6376; Eastern Renumbered 07076 - 07222 | | |
| 154. | 01/27/2021 Email from Gerry Berg to Rhonda Vetere re Chronological Order of Events, Bates No. VETERE0011 -13 | | |
| 155. | 01/27/2021 Email from Gerry Berg to Rhonda Vetere re List of Global Customers for Eastern, Bates No. VETERE0014 -15 | | |
| 156. | 01/27/2021 Email from Gerry Berg to Rhonda Vetere re Updated Fast Hard Facts, Bates No. VETERE0016 - 18 | | |
| 157. | Text Messages between Rhonda Vetere and John Byrne, Bates No. VETERE0025 - 028 | | |
| 158. | 05/20/2020 Email from Quetzalcoatl Contreras to Jeffery Shankel, Bates No. HERB040418 - 020 attaching 03/30/2020 Teams chat between Gerry Berg and Quetzalcoatl Contreras, Bates No. HERB_040436 - 438 | | |
| 159. | 04/09/2020 Email from Brendan Lynch to Mike Familetti (with attachment) re Final WS VM Bates No. HERB_000688 - 692 | 4/10/25 → | |
| 160. | 04/23/2020 April 2020 PAR Bates No. HERB_039709-HERB-039718 | 4-8-25 → | |
| 161. | 04/23/2020 Email from Gerry Berg to Mohsen Tavakoli re Herbalife firepower, Bates No. HERB_040554 - 556 | | |
| 162. | 05/05/2020 Email from Gerry Berg to | | |

21

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Rhonda Vetere Bates No. HERB_023597 | | |
| 163. | 05/19/2020 Executed AIA Bates No. HERB_036134 | 4-8-25 → | |
| 164. | 05/21/2020 Email from Mike Familetti to Jeffery Shankel re Eastern Events, Bates No. HERB_040598 | | |
| 165. | 05/31/2020 Email Chain (with Attachment) from Brendan Lynch to Mike Familetti re VMware Presentation Review, Bates Nos. HERB_001165-1169 | | |
| 166. | 07/03/2020 Email from Brendan Lynch to Edward Bezerra (with attachment) and others regarding BC/DR Architecture Design and Solution Pricing, Bates Nos. Eastern 008760-68 | | |
| 167. | 10/28/2020 Email from Gerry Berg to David Pezzullo re Thank You, Bates No. HERB_017552 - 53 | 4-9-25 → | |
| 168. | 10/30/2020 Email Chain from Brendan Lynch to John Byrne re Herbalife Phase 2 - Dell Correspondence, Bates No. Eastern 07984 | | |
| 169. | 11/05/2020 Email Chain from Stuart Davis to Jeffrey Shankel re BCDR, Bates No. HERB_031520-31521 | 4/10/25 → | |
| 170. | 11/05/2020 Email Chain from Jeffrey Shankel to Andrew Dunbar re BCDR, Bates No. HERB_036218-36219 | | |
| 171. | 11/10/2020 Email from Brendan Lynch to Gerry Berg (with attachment) re Line Item List Price Phase 2 BCDR, Bates No. Eastern Renumbered 00834 | | |

22

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (attachment not bates labeled) | | |
| 172. | 11/18/2020 Request for Proposal, Bates Nos. Eastern Renumbered_000350-361 | 4-8-25 → | |
| 173. | 11/18/2020 Email from Reed Haley re BCDR RFP, Bates No. HERB_034497 (with attachments) | | |
| 174. | 12/04/2020 Email Forwarded from Reed Haley to Gerry Berg, Rhonda Vetere, Francine Greco, Mark Schissel, Edward Bezerra, Peter Bray, Henry Lee, Doug Krieger, Stuart Davis, and Tripp Lockhart III re Herbalife RFP - BCDR Response – Eastern 12-04-2020, Bates No. HERB_019873-019889 (with attachment) | | |
| 175. | 12/07/2020 Email from Steve Edgecombe to Mark Schissel (with attachment) re BCDR Review, Bates No. HERB_032800 - 814 | 4-9-25 → | |
| 176. | 12/10/2020 Email from Maura Ronan to Reed Haley re ClearEdge Estimate Bates No. HERB_039899 - 904 | 4-8-25 → | |
| 177. | 12/14/2020 Email from Maura Ronan to Reed Haley re ClearEdge Estimate Bates No. HERB_039897 - 898 | | |
| 178. | 12/18/2020 Email from Edward Bezerra to Marty O'Brien and Others re Placement of Order, Bates Nos. Eastern Renumbered 04053 - 4060 | | |
| 179. | 12/30/2020 Email from Gerry Berg to Rhonda Vetere re BCDR PAR Bates No. HERB_020584-585 | | |
| 180. | 01/07/2021 Email Chain from Henry Lee to Stuart Davis re BCDR Plan and | | |

23

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Oracle Licenses, Bates No. HERB_020853-20858 | | |
| 181. | 01/11/2021 Email Chain (with Attachment) from Brendan Lynch to Rhonda Vetere and Gerry Berg (cc'd to Walter Rival and Marty O'Brien) re Pre Read BCDR, Bates No. Eastern Renumbered 00962 (attachment not bates labeled) | | |
| 182. | 01/13/2021 Email from Henry Lee to Quetzalcoatl re ARBs for BCDR, Bates No. HERB_021334 – 337 | | |
| 183. | 01/19/2021 Email Chain from Gerry Berg to Brendan Lynch re Eastern Network for Herbalife BCDR Cisco and Citrix, Bates Nos. Eastern Renumbered 01170 - 1171 | 4/11/25 | 4/11/25 |
| 184. | 01/20/2021 Email from Henry Lee to Haven Prescott re BCDR Program, Bates No. HERB_021801 - 811 | 4-9-25 → | |
| 185. | 01/22/2021 Email from Edward Bezerra to Gerry Berg and others re BCDR Phase 2 Cisco Parts, Bates Nos. – HERB_035651 - 35654 | | |
| 186. | 01/26/2021 Email Chain (with Attachment) from Brendan Lynch to Rhonda Vetere and Gerry Berg re BCDR One-Time Incentive Offer, Bates No. Eastern Renumbered 00932 (attachment not bates labeled) | | |
| 187. | 01/28/2021 Email from Mark Schissel to Stuart Davis re BCDR Bates No. HERB_036074 | 4-8-25 → | |
| 188. | 02/11/2021 Email Chain (with | | |

24

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Attachments) from Brendan Lynch to Gerry Berg and Edward Bezerra re BCDR Docs DO NOT SHARE…Bates No. Eastern Renumbered 00931 (attachment not bates labeled) | | |
| 189. | 02/11/2021 Email (with Attachment) from Brendan Lynch to Rhonda Vetere re BCDR Summary Deck, Bates No. Eastern Renumbered 1052 (attachment not bates labeled) | | |
| 190. | 02/18/2021 Deloitte SOW Bates No. HERB_022470 – 475 and 5/10/2021 Bates No. HERB_038671 - 684 | 4-8-25 —→ | |
| 191. | 03/04/2021 Email (with Attachment) from Brendan Lynch to Jon Bugasch, Tony Valentino, Dane Newman, Frank Donaldson, and Walter Rival (cc'd to Marty O'Brien) re Herbalife Network – Internal Talking Points for Deloitte, Bates No. Eastern Renumbered 000958 (attachment not bates labeled) | | |
| 192. | 03/08/2021 Deloitte MSA Bates No. HERB_022537-HERB_022563 | 4/11/25 | 4/11/25 |
| 193. | 03/27/2021 Email Chain from Brendan Lynch to Gerry Berg re Cut and Paste for Henry to Shut Down Deloitte GB, Bates Nos. Eastern Renumbered 01012 - 01014 | | |
| 194. | 04/12/2021 Email from Brendan Lynch to Gregg Ambulos re Herbalife Update/ Dell Correspondence, Bates Nos. Eastern Renumbered 03454 - 03455 | | |
| 195. | 04/23/2021 Invoice from Deloitte Bates No. HERB_039330 – 331 | | |

25

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 07/20/2021 Invoice from Deloitte Bates No. HERB_022504 - 508 09/16/2021 Invoice from Deloitte Bates No. HERB_022509 – 512 | | |
| 196. | 05/27/2021 Email Chain (with Attachment) from Brendan Lynch to Donna Manceri and Betty Rucker (cc'd to Barry Williams and Marty O'Brien) re Invoice to Herbalife, Bates No. Eastern Renumbered_001028 (attachment not bates labeled) | | |
| 197. | 06/04/2021 Email Chain from Brendan Lynch to John Byrne and Gregg Ambulos re Herbalife Next Steps, Bates Nos. Eastern Renumbered 04689-04690 | 4-9-25 → | |
| 198. | Vetere Declarations 6/18/2021 Bates No. HERB_001361 – 1366 and 10/6/2021 Bates No. HERB_001367 – 1372* | | |
| 199. | 07/14/2021 Email from Gerry Berg to Brendan Lynch (with attachment) re Timeline Bates No. Eastern_008724 - 8732 | 4-9-25 → | |
| 200. | 07/14/2021 Email from Brendan Lynch to Gerry Berg (with attachment) re Timeline Bates No. Eastern_008733 - 8741 | ↓ → | |
| 201. | 07/16/2021 Email Chain from Brendan Lynch to Bill Scannell re Dell Correspondence, Bates Nos. Eastern Renumbered 03255 - 03256 | 4-8-25 → | |
| 202. | 07/19/2021 Email Chain from Brendan Lynch to Bill Scannell and John Byrne | | |

26

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | re Meeting Invite Herbal to Eastern, Bates Nos. Eastern Renumbered 04708 - 04709 | | |
| 203. | 07/22/2021 Email Chain from Bill Scannell to Mark Schissel re Reconnect, Bates Nos. HERB_001387-1390 | 4/11 | 4/11 |
| 204. | 08/09/2021 Email Chain from Brendan Lynch to Walter Rival and Marty O'Brien re Ed Called, Bates No. Eastern Renumbered 01020 | | |
| 205. | 02/05/2021 Email to David Pezzullo re Approval of PAR BCDR Program Final (with attachment), Bates Nos. HERB_035789 - 99 | | |
| 206. | 09/24/2021 Email from Brendan Lynch to Julie Ting (with attachment) re Invoices Bates No. HERB_040309 - 40317 | 4-9-25 ⟶ | |
| 207. | 12/07/2021 Bray Declaration, Bates No. HERB_001269 – 70 | | |
| 208. | 12/15/2020 Email from Reed Haley (with attachments) re RFP results Bates No. HERB_020350 - 66 | b 4-8-25 ⟶ | |
| 209. | 01/18/2022 Email from Julie Ting to Brendan Lynch (with attachment) re Termination of Service Bates No. HERB_041055 - 41058 | | |
| 210. | Eastern Knowledge of Approval Process | | |
| 211. | Emails from W. Rival to Eastern Employees re Hours, Bates No. Eastern_008820-Eastern_008831 | | |

27

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 212. | 11/14/2014 03.11 Capital Expenditures, Bates No. HERB_041288 - 291 | | |
| 213. | 07/24/2019 03.12 Corporate Travel and Entertainment, Bates No. HERB_041292 - 310 | | |
| 214. | 05/20/2020 03.20 Approval Authority, Bates No. HERB_041311 - 324 | 4/10/25 | |
| 215. | 05/23/2018 07.10 Contract Administration, Bates No. HERB_041325 - 328 | | |
| 216. | 12/19/2018 Herbalife 09.60 Global Procurement Policy, Bates No. HERB_039809 - 821 | 4/10/25 | |
| 217. | 05/07/2020 Herbalife 14.75 Acceptable Usage Policy, Bates No. HERB_022444 - 452 | | |
| 218. | 09/21/2020 Herbalife 14.75 Acceptable Usage Policy, Bates No. HERB_001378 - 386 | | |
| 219. | 15.01 Herbalife Corporate Code of Business Conduct and Ethics, Bates No. HERB_041329 - 348 | | |
| 220. | 07/14/2020 Herbalife 15.05 Conflict of Interest Policy, Bates No. HERB_039756 - 762 | | |
| 221. | 10/29/2018 Herbalife 15.07 Gifts and Hospitality, Bates No. HERB_022453 - 459 | | |
| 222. | 01/22/2020 Herbalife 15.08 Engagement of Third Parties Policy, Bates No. HERB_039824 - 837 | | |
| 223. | 02/07/2023 Eastern's Special Interrogatory Responses to Set Two | | |

28

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 224. | 03/07/2023 Eastern's Supplemental Interrogatory Responses to Set One | | |
| 225. | Dell's Quotes to Eastern Computer Exchange | | |
| 226. | Purchase Authorization Requests dated 11/19/2020 through 01/14/2021 | | |
| 227. | 03/27/2023 Brendan Lynch Declaration | | |
| 228. | 03/27/2023 Martin O'Brien Declaration | | |
| 229. | 01/23/2023 Email from Scott Shapiro re Eastern Documents on Dell Rebates (with attachments) | | |
| 230. | 12/10/2020 Email from Steve Edgecombe to Henry Lee re GTS Budget 2021, Bates Nos. HERB_020191 - 20203 | | |
| 231. | 12/10/2020 Email from Gerry Berg to Edward Bezerra Re Detailed BCDR Plan, Bates No. HERB_020241. | | |
| 232. | 12/16/2020 Email from Rhonda Vetere to Steve Edgecombe re GSS BCDR Proposal, Bates Nos. HERB_020386 - 89 | | |
| 233. | 11/03/2020 Email from Edward Bezerra to Gilberto Tejeda re $314k Invoice, Bates Nos. HERB_031472 - 78 | | |
| 234. | 11/18/2020 Email from Reed Haley re Herbalife BCDR SLC RFP, Bates No. Eastern Renumbered 03381 | | |
| 235. | 12/23/2020 Email from Brendan Lynch to Andy Hansen re Past Due Invoice, Bates Nos. HERB_034655 - 57 | | |
| 236. | VMWare License Agreement & | | |

29

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Transfer Policy | | |
| 237. | VMWare License Transfer and Account Change Processes | | |
| 238. | Herbalife Recorded Badge Swipes, Bates Nos. HERB_041458 - 63 | 4/10/25 → | |
| 239. | 11/19/2020 Email from Gerry Berg to Ed Bezerra re $314k PO, Bates Nos. HERB_031791 - 93 | | |
| 240. | Rhonda Vetere Social Media Pages | | |
| 241. | 05/24/2024 Rhonda Vetere Declaration | | |
| 242. | 07/10/2024 Martin O'Brien Declaration | | |
| 243. | 07/10/2024 Brendan Lynch Declaration | | |
| **Defendant's Exhibits** | | | |
| 1000. | 01/24/2020 Email from Mike Familetti to Brendan Lynch re MSA, Bates No. HERB_001013 | | |
| 1001. | 04/6/2020 Email from Mike Familetti to Brendan Lynch re BCDR Phase 1, Bates No. HERB_000393 - 000398 | | |
| 1002. | 06/23/2020 Email chain from Peter Bray to Brendan Lynch re Insurance, Bates No. Eastern 008811 – 008817, and Certificate of Liability Insurance attachment within Email chain. | 4/11 | 4/11 |
| 1003. | 06/4/2020 Email from Mike Familetti to Brendan Lynch re VMWare and "...approved by the board." | | |
| 1004. | Text Message Exchange Between Brendan Lynch and Gerry Berg, September 21, 2020 – October 27, 2020   P.511 | 4-9-25 → | |
| 1005. | 04/02/2021 Email from Herbalife "Herbalife NO PO – No Pay | | |

30

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | NOTIFICATION" | | |
| 1006. | 07/3/2020 Email chain from Brendan Lynch to Edward Bezerra and Gerry Berg with Attachment, Bates No. Eastern 008760 – 008768 | | |
| 1007. | 10/26/2020 Email chain from Parker Cains to Brendan Lynch and Rae Noyes, Bates No. Eastern 008785 – 008787 | 4-9-25 | |
| 1008. | 05/19/2020 Email from Mike Familetti to Jeffery Shankel, et al.; Bates No. – HERB_040318 | | |
| 1009. | 10/26/2020 Email chain from Marty O'Brien to Brendan Lynch Re: Cali, Bates No. Eastern_008788-008789 | | |
| 1010. | 1/4/2021 Email chain from Brendan Lynch to Andy Hansen, et al. Bates No. Eastern 008778 – 008780 (and Native File Attachments as PDFs) | 4/11 | 4/11 |
| 1011. | Herbalife BCDR Phase 1 and 2 Financial Analysis | | |
| 1012. | Summary Rule 1006 BCDR Phase 1 and Phase 2 BL 2.5.23 | | |
| 1013. | Summary Rule 1006 BCDR Phase 1 and Phase 2 | | |
| 1014. | Herbalife Master Summary Phase 1 | | |
| 1015. | Dell Quote Dated 10.29.20 No. 3000071213773.4 (P1 – 1A) | | |
| 1016. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-VXWS1 (P1-1A) | | |
| 1017. | Eastern Purchase Order Dated 10.30.20 | | |

31

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | No. HBL1020-VXSCL1 (P1-1A) | | |
| 1018. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-DPSLC1 (P1-1A) | | |
| 1019. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-VXWS2 (P1-1A) | | |
| 1020. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-DPES1 (P1-1A) | | |
| 1021. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-DPWS2 (P1-1A) | | |
| 1022. | Dell Quote Dated 10.29.20 No. 3000067967151.4 (P1-1A) | | |
| 1023. | Dell Quote Dated 10.29.20 No. 3000068159524.6 (P1-1A) | | |
| 1024. | Dell Quote Dated 10.29.20 No. 3000068161453.5 (P1-1A) | | |
| 1025. | Dell Quote Dated 10.29.20 No. 3000071866105.3 (P1-1A) | | |
| 1026. | Dell Quote Dated 10.29.20 No. 3000071866651.2 (P1-1A) | | |
| 1027. | Herbalife WS VM Ware Solution with DR SLC Configuration Pricing 4.9.20 (P1-1B) | | |
| 1028. | 04/09/20 Email chain Correspondences between Brendan Lynch, Mike Familetti, Quetzalcoatl Contreras, and Gerry Berg dated (with Native file as PDFs) ᵖ⁷ | 4.9.25 ⟶ | |
| 1029. | Herbalife Network WS DC from 10.29.20 (P1-2A) | | |
| 1030. | Herbalife Misc. Cables and Optics (P1-3A) | | |
| 1031. | Herbalife LOE Cost Pricing (P1-4A) | | |
| 1032. | Herbalife Summary re Dell Phase 2 | | |
| 1033. | Dell Quote Dated 10.30.20 No. | | |

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 6003765402 V03 (P2-1A) | | |
| 1034. | Dell Quote Dated 10.30.20 No. 6003771900 V05 (P2-1A) | | |
| 1035. | Dell Quote Dated 10.30.20 No. 6003915495 V01 (P2-1A) | | |
| 1036. | Dell Quote Dated 10.30.20 No. 6003963488 V01 (P2-1A) | | |
| 1037. | Dell Quote Dated 10.30.20 No. 6003964190 V01 (P2-1A) | | |
| 1038. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-ISLa (P2-1A) | | |
| 1039. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2SLCc (P2-1A) | | |
| 1040. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-ISLb (P2-1A) | | |
| 1041. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2WSa (P2-1A) | | |
| 1042. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2DPS (P2-1A) | | |
| 1043. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2PP (P2-1A) | | |
| 1044. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2PPb (P2-1A) | | |
| 1045. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2SLCa (P2-1A) | | |
| 1046. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2SLCb (P2-1A) | | |
| 1047. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2SLCd (P2-1A) | | |
| 1048. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2DD (P2-1A) | | |
| 1049. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-PSWS (P2-1A) | | |
| 1050. | Eastern Purchase Order Dated 10.30.20 | | |

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | No. HBL1020-P2WSb (P2-1A) | | |
| 1051. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2WSc (P2-1A) | | |
| 1052. | Eastern Purchase Order Dated 10.30.20 No. HBL1020-P2WSd (P2-1A) | | |
| 1053. | Dell Quote Dated 10.30.20 No. 3000070903283.5 (P2-1A) | | |
| 1054. | Dell Quote Dated 10.30.20 No. 3000070904357.4 (P2-1A) | | |
| 1055. | Dell Quote Dated 10.30.20 No. 3000070912469.4 (P2-1A) | | |
| 1056. | Dell Quote Dated 10.30.20 No. 3000070912788.5 (P2-1A) | | |
| 1057. | Dell Quote Dated 10.30.20 No. 3000070913556.4 (P2-1A) | | |
| 1058. | Dell Quote Dated 10.30.20 No. 3000070913875.4 (P2-1A) | | |
| 1059. | Dell Quote Dated 10.30.20 No. 3000070914358.4 (P2-1A) | | |
| 1060. | Dell Quote Dated 10.30.20 No. 3000070915164.4 (P2-1A) | | |
| 1061. | Dell Quote Dated 10.30.20 No. 3000070984193.8 (P2-1A) | | |
| 1062. | Dell Quote Dated 10.30.20 No. 3000070985487.6 (P2-1A) | | |
| 1063. | Dell Quote Dated 10.30.20 No. 3000070987160.6 (P2-1A) | | |
| 1064. | Dell Quote Dated 10.30.20 No. 3000070997638.7 (P2-1A) | | |
| 1065. | Dell Quote Dated 10.30.20 No. 3000071954960.2 (P2-1A) | | |
| 1066. | Dell Quote Dated 10.30.20 No. 3000072041550.1 (P2-1A) | | |
| 1067. | Dell Quote Dated 10.30.20 No. | | |

34

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 3000072041649.1 (P2-1A) | | |
| 1068. | Eastern BCDR Prepared for Herbalife Dated 1.27.21 (P2-1B_P1-1B) | | |
| 1069. | External DCDR One Time Incentive (P2-1B_P1-1B) | | |
| 1070. | Ingram Micro Quote Dated 12.3.20 No. QUO-6953807-F0H2V8 (P2-2A) | | |
| 1071. | Herbalife Data Center Network WS Phase 2 (P2-2A) | | |
| 1072. | Ingram Micro Quote Dated 10.8.20 No. QUO-6498607-W0D0P9-0 (P2-3A) | | |
| 1073. | Ingram Micro Quote Dated 10.8.20 No. QUO-6498707-J9V4B5-0 (P2-3A) | | |
| 1074. | Dell Quote Dated 1.19.21 No. 3000077203033.1 (P2-4A) | | |
| 1075. | VMware Amendment No. 1 to Single ELA Resale Agreement No. 00527890 (P2-4A) | | |
| 1076. | Eastern Invoice Dated 6.30.20 No. 2863 (P2-4B) | | |
| 1077. | HSBC Statement Dated 8.1.20-8.31.20 For Account No. 738-050423 (P2-4B) | | |
| 1078. | Hewlett Packard Enterprise Quote Dated 2.7.23 No. TD1-78052-03 (P2-5A) | | |
| 1079. | Hewlett Packard Enterprise Quote Dated 2.7.23 No. TD1-78384-01 (P2-5A) | | |
| 1080. | Hewlett Packard Enterprises Quote Dated 2.7.23 No. TD1-78386-01 (P2-5A) | | |
| 1081. | Herbalife LOE Cost Pricing (P2-6A) | | |
| 1082. | Herbalife BCDR Services Financial Summary Dated 11.17.20 (P2-6A) | | |

35

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1083. | Eastern Invoice Dated 9.22.21 No. 3837 (AI-1) | | |
| 1084. | Eastern Invoice Dated 10.28.20 No. 3141 (AI-1) | | |
| 1085. | Eastern Invoice Dated 12.30.22 No. 4979 (AI-2) | | |
| 1086. | Dell Technologies Settlement Agreement and Release Dated 7.29.21 (AI-3A) | | |
| 1087. | Eastern Invoice Dated 12.30.22 No. 4978 (AI-3E) | | |
| 1088. | HERBALIFE BCDR Infrastructure Solution Proposal (July 2nd 2020), Bates No. 008749 - 8759 | | |
| 1089. | 09/20/21 Email chain from Walter Rival to Brendan Lynch (and Native File Attachments as PDFs, "Copy of Herbalife WS VM Ware Solution with DR SLC Configuration Pricing-4-9-20 v2 4Nov2020.xlsx"), Bates No. Eastern_000449 to 000453 | | |
| 1090. | Herbalife SLC & WS BCDR Services Scope for Herbalife RFP Release – November 3, 2020, Pages 1 through 12 | | |
| 1091. | Eastern BCDR Employee Hours and Wage Total, Bates Eastern_008742 | | |
| 1092. | 10/30/2020 Email Chain commencing from Rae Noyes to Brendan Lynch, Bates No. Eastern Renumbered 2.6.23 01085-01088 p.2 | 4-9-25 | |
| 1093. | STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT (Certified Copy), United States District | | |

36

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Court, Case 2:16-cv-05217-BRO-GJS, ECF No. 17 | | |
| 1094. | 6/23/2020 - Email Chain Correspondences – Peter Bray, Brendan Lynch, Michael Familetti, et al. - Bates No. Eastern 008811 - 008817 | | |
| 1095. | 7/3/2020 - Email Chain Correspondences –Brendan Lynch, Bezerra, Berg, et al. - Bates No. Eastern 008760 – 008761, and attachment thereto Bates No. Eastern 008749 – 008759 | | |
| 1096. | 7/6/2020 - Email Chain Correspondences –Brendan Lynch, Bezerra - Bates No. Eastern 008797 – and native attachment thereto in PDF Form (produced hyperlink to Bates No. Eastern 8797) | | |
| 1097. | 10/26/2020 - Email Chain Correspondences –Brendan Lynch, Parker Cains, Rae Noyes, et al. - Bates No. Eastern 008785 – 008787 | | |
| 1098. | 10/29/2020 - Email Chain Correspondences –Krieger, Haley, Tripp Lockhart III, Davis, et al. - Bates No. HERB_031456 – 0314567 and native attachments thereto in PDF form ((RFP) Herbalife_Template_BCDR_Salt Lake City_Oct_29_2020.xlsx, ((RFP) Herbalife_Template_BCDR_Torrance_Oct_29_2020.xlsx, ((RFP) Herbalife_Template_BCDR_Winston Salem_Oct_29_2020.xlsx)) | | |
| 1099. | 11/9/2020 -Email Correspondence – Haven Prescott, Ajay Nayak, and | | |

37

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | attachment thereto - Bates No. HERB-031560 – 031565 | | |
| 1100. | 12/4/2020 -Email Correspondence – Haven Prescott, Uchida, Khanna, and attachment thereto - Bates No. HERB-032623 – 032627 | | |
| 1101. | 12/9/2020 -Email Correspondence – Haven Prescott, Rinku Chauhan, and attachment thereto - Bates No. HERB-033402 – 033404 | 4/11/25 4/11/25 | 4/11/25 |
| 1102. | 12/14/2020 Email Chain Correspondence- Brendan Lynch, Bezerra, et al., Bates Nos. Confidential Eastern Renumbered 00746 - 00748 | | |
| 1103. | 12/14/2020 Email Chain Correspondence- Brendan Lynch, Bezerra, et al., Bates Nos. Confidential Eastern Renumbered 00746 - 00748 | | |
| 1104. | 12/13/2020 Email Chain Correspondence- Brendan Lynch, Rival, et al., Bates Nos. Confidential Eastern Renumbered 00733 – 00734 | 4/11/25 | 4/11/25 |
| 1105. | 12/14/2020 Email Chain Correspondence- Brendan Lynch, Bezerra, et al., Bates Nos. Confidential Eastern Renumbered 00495 - 00496 | 4/11/25 | 4/11/25 |
| 1106. | Email from Haven Prescott to Ramirez, et al. Bates Nos. Confidential Eastern Renumbered 00427 - 00428 | | |
| 1107. | 12/12/2021 – Email Chain Correspondence from Ravi Mamidi to Haven Prescott, et al. Bates Nos. HERB_035374- 035378 | | |
| 1108. | 12/14/2021 – Email Chain Correspondence Reed Haley to Haven Prescott, et al. and Attachment Thereto- Bates Nos. HERB_035380 - | 4/10/25 | |

| No. of Exh. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 035383 | | |
| 1109. | 12/14/2021 – Email Chain Correspondence Berg to Nuria Kaauwai, et al., and Attachment Thereto- Bates Nos. HERB_035690 – 035701 | | |
| 1110. | 11/5/2020 – Email Correspondence Haven Prescott to Ramirez, and Attachment Thereto - Bates Nos. HERB_031509 | 4/10/25 | |
| 1111. | 03/2/2023 – 03/03/2023- Eastern Emails re Hours and hyperlinked Excel Spreadsheet attachments thereto in PDF form – Bates No. Confidential Eastern 008744 - 008748 | | |

Dated: March 10, 2025          MANATT, PHELPS & PHILLIPS, LLP


By:    /s/ Donald R. Brown
       Donald R. Brown
       Attorneys for *Plaintiff and Counter-Defendant*
       HERBALIFE INTERNATIONAL OF AMERICA, INC.

Dated:        March 10, 2025    MFOX LAW GROUP, INC.

By: /s/ Scott E. Shapiro
Scott E. Shapiro, *Of Counsel*
Attorney for *Defendant and Counter-Claimant*, EASTERN COMPUTER EXCHANGE, INC.

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

40