O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., | Case № 2:22-cv-00347-ODW (AGRx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| EASTERN COMPUTER EXCHANGE, INC. et al., | |
| Defendants. | |

Pursuant to the jury's verdict, (ECF No. 314); the Court's Summary Judgment Order, (ECF No. 174), and Motion to Dismiss Order, (ECF No. 52); the parties' stipulated dismissals, (ECF Nos. 74, 245); and Defendant and Counter-Claimant Eastern Computer Exchange Inc.'s ("Eastern") concession on the record following the jury verdict, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff and Counter-Defendant Herbalife International of America, Inc. ("Herbalife") shall have **JUDGMENT** in its favor on its fraudulent concealment claim asserted in the First Amended Complaint, (ECF No. 35);

| | | |
|---|---|---|
| 1 | 2. | Plaintiff and Counter-Defendant Herbalife shall have **JUDGMENT** in its favor on Defendant and Counter-Claimant Eastern's breach of contract claims asserted in the First Amended Counterclaim, (ECF No. 38); |
| 2 | 3. | Defendant and Counter-Claimant Eastern concedes that the jury verdict defeats its promissory estoppel claim; |
| 3 | 4. | Plaintiff and Counter-Defendant Herbalife is **AWARDED** $750,000 in compensatory damages and $800,000 in punitive damages on its fraudulent concealment claim; |
| 4 | 5. | Each party shall bear its own fees and costs; and |
| 5 | 6. | The Clerk of the Court shall close this case. |

**IT IS SO ORDERED.**

April 15, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**