CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTERN COMPUTER EXCHANGE, INC. et al., <br><br> Defendants. | Case № 2:22-cv-00347-ODW (AGRx) <br><br> **AMENDED FINAL JUDGMENT** |

Pursuant to the jury's verdict, (ECF No. 314); the Court's Summary Judgment Order, (ECF No. 174), and Motion to Dismiss Order, (ECF No. 52); the parties' stipulated dismissals, (ECF Nos. 74, 245); and Defendant and Counter-Claimant Eastern Computer Exchange Inc.'s ("Eastern") concession on the record following the jury verdict, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff and Counter-Defendant Herbalife International of America, Inc. ("Herbalife") shall have **JUDGMENT** in its favor on its fraudulent concealment claim asserted in the First Amended Complaint, (ECF No. 35);

2. Plaintiff and Counter-Defendant Herbalife shall have **JUDGMENT** in its favor on Defendant and Counter-Claimant Eastern's breach of contract claims asserted in the First Amended Counterclaim, (ECF No. 38);

3.  Defendant and Counter-Claimant Eastern concedes that the jury verdict defeats its promissory estoppel claim;

4.  Plaintiff and Counter-Defendant Herbalife is **AWARDED** $750,000 in compensatory damages and $800,000 in punitive damages on its fraudulent concealment claim; and

5.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

April 22, 2025

_____
         **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**